UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JERMAINE L PATTERSON** | : | **DOCKET NO. 2:21-CV-00510** |
| **REG. # 69026-061** | | **SECTION P** |
| | | |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| | | |
| **FEDERAL BUREAU OF PRISONS,** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED** in Chambers on this 21st day of September, 2021.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE